UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEMETRIUS GOHRE,

    Plaintiff,

Case No. 22-CV-001403

v.

CHAD E. BOYACK, et al.,

    Defendant.

AFFIDAVIT OF OFFICER CHAD BOYACK

Affiant, after duly sworn on oath, states as follows:

1. My name is Chad Boyack. I am employed as a Police Officer for the City of Milwaukee; Milwaukee Police Department.

2. On the afternoon of October 25, 2017, I was on regular patrol with Officer Anthony Milone in the City of Milwaukee, going east on Burleigh Street near 30th Street in a Milwaukee Police Department issued marked squad car.

3. Officer Milone, and I saw Mr. Gohre walking west on Burleigh Street. When Mr. Gohre saw us in our marked squad car he suddenly changed directions and proceeded to walk down north 30th Street grabbing his left side pants pocket.

4. During his sudden change of directions, Mr. Gohre was so startled by our presence that he walked into a building.

5. Given Mr. Gohre's odd behavior, along with my training and experience that I have had as a Milwaukee Police Officer I suspected that Mr. Gohre was carrying a concealed firearm in his left side pants pocket without a permit.

6. Officer Milone, and I thought that Mr. Gohre was going to run so I quickly turned onto 30th Street in order to park the squad car. We both exited our marked squad car, and made several attempts to have contact with Mr. Gohre.

7. Officer Milone and I gave several commands for Mr. Gohre to stop however, he chose to continue to ignore those commands. After several minutes Officer Milone, and I did catch up to Mr. Gohre. During which Mr. Gohre immediately started screaming at us "do not touch me".

8. During this commotion other officers that were in the vicinity heard what was going on, and came to assist us.

9. Officer Milone attempted to explain to Mr. Gohre why we had stopped him, but the more I tried to explain the more combative Mr. Gohre became. During this I attempted to search his person and Mr. Gohre began to resist and swear at me.

10. Because of Mr. Gohre's behavior, myself as well as Officers Reagan, Officer Milone and Wetzel began to try and get control over his arms, so that Mr. Gohre would not have access to anything that might harm us during the pat down.

11. After I completed the pat down it revealed that he did not have a firearm in his possession.

12. Mr. Gohre continued to be combative after the pat down, and was therefore, placed into custody and conveyed to District 5.

13. Once at District 5, Officer Milone issued Mr. Gohre a citation for obstruction and he was released from custody.

14. These are the facts based on my recollection of the events. I make this affidavit based upon my personal knowledge, and understanding that it will be presented to the court concerning this legal matter.

_____
Chad Boyack

Subscribed and sworn to before me
this 27th day of September, 2023.

_____
Notary Public, State of Wisconsin
My commission expires: 12/13/26

1032-2023-73: