UNITED STATES DISTRICT COURT
EASTERN DISTRICE OF WISCONSIN

DEMETRIUS GOHRE,

        Plaintiff,

                                          Case No. 22-CV-001403

v.

CHAD E. BOYACK, et al.,

        Defendant.

## AFFIDAVIT OF OFFICER ANTHONY J. MILONE

Affiant, after duly sworn on oath, states as follows:

1. My name is Anthony J. Milone. I am employed as a Police Officer for the City of Milwaukee; Milwaukee Police Department.

2. On the afternoon of October 25, 2017, I was on regular patrol with Officer Chad E. Boyack in the City of Milwaukee, going east on Burleigh Street near 30th Street in a Milwaukee Police Department issued marked squad car.

3. Officer Boyack, and I saw Mr. Gohre walking west on Burleigh Street. When Mr. Gohre saw us in our marked squad car he suddenly changed directions and proceeded to walk down north 30th Street grabbing his left side pants pocket.

4. During his sudden change of directions, Mr. Gohre was so startled by our presence that he walked into a building.

5. Given Mr. Gohre's odd behavior, along with my training and experience that I have had as a Milwaukee Police Officer I suspected that Mr. Gohre was carrying a concealed firearm in his left side pants pocket without a permit.

6. Officer Boyack, and I thought that Mr. Gohre was going to run so Officer Boyack quickly turned onto 30th Street in order to park the squad car. We both exited our marked squad car, and made several attempts to have contact with Mr. Gohre.

7. Officer Boyack and I gave several commands for Mr. Gohre to stop however, he chose to continue to ignore those commands. After several seconds Officer Boyack, and I did catch up to Mr. Gohre. During which Mr. Gohre immediately started screaming at us "do not touch me".

8. During this commotion other officers that were in the vicinity heard what was going on, and came to assist us.

9. I attempted to explain to Mr. Gohre why we had stopped him, but the more I tried to explain the more combative Mr. Gohre became. During this time Officer Boyack attempted to search his person and Mr. Gohre began to resist and swear at Officer Boyack.

10. Because of Mr. Gohre's behavior, myself as well as Officers Reagan and Wetzel began to try and get control over his arms, so that Mr. Gohre would not have access to anything that might harm us during the pat down.

11. After the pat down was completed by Officer Boyack it revealed that he did not have a firearm in his possession.

12. Mr. Gohre continued to be combative after the pat down, and was therefore, placed into custody and conveyed to District 5.

13. Once at District 5, I issued Mr. Gohre a citation for obstruction and he was released from custody.

14. These are the facts based on my recollection of the events. I make this affidavit based upon my personal knowledge, and understanding that it will be presented to the court concerning this legal matter.

_____
Anthony J. Milone

Subscribed and sworn to before me
this 13th day of September, 2023.

_____
Notary Public, State of Wisconsin
My commission expires: 12/13/26

1032-2023-73:

*[Notary seal: KATIE RYCKMAN, NOTARY PUBLIC, STATE OF WISCONSIN]*