DEMETRIUS GOHRE,

        Plaintiff,

v.        Case No. 22-CV-001403

CHAD E. BOYACK,

        Defendant.

## CERTIFICATE OF SERVICE ON NON-ECF PARTICIPANT

      Olivia Noe herein certifies that she is employed by the City of Milwaukee as a Legal Office Assistant assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; and that on the 5th day of October, 2023, she electronically filed the Defendants' Motion for Summary Judgment, Brief in Support of Defendants' Motion for Summary Judgment, Defendants' Proposed Findings of Fact, Affidavit of Officer Chad Boyak, Affidavit of Officer Anthony J. Milone, and Certificate of Service, and deposited a copy of the same, in the United States mail at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

        TO:    Demetrius L. Gohre, #557236
                     Columbia Correctional Institution
                     P. O. Box 900
                     Portage, WI 53901-0900

                               s/Olivia Noe
                               OLIVIA NOE
                               Legal Office Assistant

1032-2023-73:287322