## Plaintiff Declaration

1) on 10-25-17 I was working inside gifted hands carwash at 3001 w. Burleigh as an automotive repair technician
2) At around noon 10-25-17 I left out of the building to go to the gas station on 27th and Burleigh for a pack of cigarettes
3) The only entrance to gifted hands is in the middle of n.30th street
4) Upon walking out of "Gifted Hands" on n.30th street, I headed south to the corner of n.30th street and w. Burleigh where about 5-6 police cars were parked. I turned east crossing the next 2 streets (29th and 28th street) then crossed south across 28th street and turned east to the gas station.
5) I took the same path coming back (the store transaction took less than 5 minutes)
6) Upon reaching w.30th street I did not see the police and become surprised, as they were sitting in the exact
7) I did not walk into the side of the building as that would require me to walk completely pass the entrance of gifted hands
8) I was not walking with my head down
9) I did not have my hands in my pocket
10) I did not have anything in my left pocket
11) I was wearing a belt
12) I did not reach for my left pocket
13) My left hand was holding my cell phone to my ear and in my right hand was a lit cigarette
14) As I was walking north on 30th street towards the entrance of gifted hands I heard the screech of car tires. I very briefly turned my head, saw it was a police car, and continued walking.
15) I did not think the police car was for me as I had not done anything wrong, I did not have any open cases, and I did not have any warrants.
16) The police car stopped parallel to me in the street.



17) An officer (Chad Boyack) called from the window "can I ask you some questions"
18) I responded "No, I work in this building, I have to get back to work" and continued towards the entrance of gifted hands.
19) Chad Boyack then exited the car and called over his walkie. This caused me to stop.
20) When I turned around, Chad Boyack was unholstering his weapon. I told the person I was on the phone with (Alessandro Haynes) "Bro, I'm finna die. The police finna kill me." And I put both my hands in the air.
21) At this time, the other officers who were parked on the south side of 30th street came around the corner, parked in the middle of the street, and started walking towards me
22) With my hands still in the air I said "you don't have permission to search me"
23) Chad Boyack, with his weapon drawn, started towards me and reached for my arm. When he reached for my arm I pulled back because I feared being shot
24) Another officer I didn't see walked up behind me, lifted me up by my midsection, and body slammed me to the ground.
25) While on the ground, officers handcuffed me and kicked and punched me in my ribs, back and head while repeating "stop resisting"
26) Chad Boyack specifically was kneeling down with his knee on my neck
27) I asked over and over "what did I do, what did I do" to which Boyack responded "you looked at us, that's reason enough" and began to assert more pressure on my neck
28) Another officer who was searching the grass called out "he didn't throw anything over here" the assault then stopped.
29) Another officer had went into gifted hands and came out with an employee named mike and asked him "does this man work here?" to which he responded "yea, he paints cars in the back." the officer then told mike to go back into the building.
30) Officers then stood me up on my feet and took my wallet out of my back right pocket.

31) After the wanted check came back clean, I was transported to district 5 where I was given a damp rag to wipe my face clean before my finger prints and booking photos were taken
32) I was held at district 5 for hours
33) At this time I had two children on the way
34) Because of this incident I lost my job
35) Shortly after I relocated to grand prairie, TX until my children were born
36) In the summer of 2019 I also missed another job opportunity because of this incident

I, Demetrius Gohre, declare under penalty of perjury that what is stated and represented by me herein is true, truthful, and correct.

Dated this 6th day of December, 2023

*[signature]*

Demetrius Gohre
Columbia Correctional Institution
P.O. Box 900
Portage, WI. 53901-0900